**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
| --- | --- |
| EULALIO TORRES-RESENDEZ, | No. 10-70076 |
| Petitioner, | Agency No. A023-547-740 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Eulalio Torres-Resendez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his motion to reopen deportation

proceedings conducted in absentia.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The agency did not abuse its discretion in denying Torres-Resendez's motion to reopen on the ground that the presented medical documentation was insufficient to establish Torres-Resendez had a "reasonable cause" for failing to attend his hearing. *See* 8 U.S.C. § 1252(b) (1982), *Matter of Haim,* 19 I. & N. Dec. 641, 642 (BIA 1988) (alien must demonstrate through affidavits or other evidentiary material he had a "reasonable cause" for failing to appear).

Torres-Resendez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**